UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTEGON NATIONAL INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02276-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 3, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 10, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: July 13, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　United States District Judge